JACOB DETZEL, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Order setting aside verdict and granting new trial unanimously

affirmed, with costs to respondent to abide the event. No opinion. Present — Kelly, Jaycox, Manning, Kelby and Young, JJ.